

**U.S. Department of Justice**

**ROBERT S. BREWER, JR.**
*United States Attorney*
*Southern District of California*

| | |
|---|---|
| MICHELLE M. PETTIT | *(619) 546-7972* |
| Assistant U.S. Attorney | *Fax (619) 546-0510* |
| Email: | *michelle.pettit@usdoj.gov* |

San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
516 Industry Way
Suite C
Imperial County, California 92251-5782

## NOTICE TO APPEAR

RE:   UNITED STATES OF AMERICA          Magistrate Case No.: **20MJ9129**
              v.                                                   For Violation of 21 U.S.C. §§ 952 and 960
          Rogelio RAMIREZ Guera

You are hereby notified that your case will be called for first appearance on August 6 at the hour of 10:00 a.m., in the United States Magistrate Court, United States Courthouse, 2003 West Adams Avenue, El Centro, California, 92243. You should report to the courtroom of the Duty Magistrate for that day. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

You may be charged with a criminal offense. You are strongly advised to consult with an attorney before the above court appearance. If you do not have funds to hire an attorney, you may qualify for appointed counsel. If you have any questions about attorney representation, you may contact Federal Defenders of San Diego, Inc. at (760) 335-3510.

Within 24 hours of receipt of this notice, please contact the U.S. Pretrial Services Office by calling (619) 557-5738.

ROBERT S. BREWER, JR.
United States Attorney

s/ Michelle M. Pettit
MICHELLE M. PETTIT
Assistant United States Attorney

---

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: *Rogelio Guer G.*
Dated: 4/27/20

Presented by: _____ (Agent's Signature)

F. Polo   HSI _____ (Agent's Name/Agency)